# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MATTHEW MARANO, An Individual,<br><br>**Plaintiff**,<br><br>v.<br><br>DORMAKABA USA, INC.,<br><br>**Defendant.** | **CASE NO. 6:22-cv-2227-ACC-RMN** |

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, Matthew Marano and Defendant, Dormakaba USA, Inc., by and through their undersigned counsel, hereby give notice to this Honorable Court that Plaintiff and Defendant have reached a settlement in principle and are working to complete the written agreement and will file a stipulation of dismissal when the agreement becomes effective.

[*Signature Page Follows*]

Dated:  April 13, 2023                                    Respectfully submitted,

| /s/ Andrew Z. Tapp | /s/ Lillian Chaves Moon |
|---|---|
| **ANDREW Z. TAPP, ESQUIRE**[1] | **LILLIAN CHAVES MOON, ESQUIRE** |
| Florida Bar No.:  68002 | Florida Bar No.: 0365210 |
| Metropolitan Law Group, PLLC | Akerman, LLP |
| 1971 West Lumsden Rd., #326 | 420 South Orange Avenue, Suite 1200 |
| Brandon, FL 33511-8820 | Orlando, FL 32801 |
| Telephone: (813) 228-0658 | Telephone: (407) 423-4000 |
| Facsimile: (813) 330-3129 | Facsimile: (407) 843-6610 |
| Email: Andrew@Metropolitan.Legal | Email: Lillian.Moon@Akerman.Com |
| **COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR DEFENDANT** |

---

[1] The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.